## A. Capetti et al., Appellants, v. Charlotte Allborg et al., Appellees.

### Gen. No. 42,550.

opinion filed June 16, 1943. John C. DeWolfe, for appellants; J. Kent Greene, of counsel; Bullinger, Michels & Dicus, John W. Jedlan, Hopkins, Sutter, Halls & DeWolfe, Gann, Secord, Stead & McIntosh, Sidley, McPherson, Austin & Burgess, Adamowski, Sallemi & Crowley, John Taylor Booz, Samuel Koenigsberg and Edward J. Warren, for certain appellees; Frank Michels, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."